# COURTROOM MINUTES
## SENTENCING / JUDICIAL REVIEW

DATE: 5/29/2019  DAY: Wednesday  START TIME: 1:01 PM  END TIME: 1:44 PM
JUDGE/MAG.: JDP  CLERK: JAT  REPORTER: JD
PROBATION OFFICER: J. Harris  INTERPRETER: ---  SWORN:
CASE NUMBER: 18-cr-144-jdp-1  CASE NAME: USA v. Daniel Raudonis

**APPEARANCES:**
AUSA: Chadwick Elgersma  DEFENDANT ATTY.: Stephen Meyer

DEFENDANT PRESENT: YES

**SENTENCING GUIDELINE RANGE:**
TOTAL OFFENSE LEVEL: 12  CRIMINAL HISTORY CATEGORY: I
ADVISORY GUIDELINE IMPRISONMENT RANGE: 10 to 16 MONTHS.

**SENTENCE:**
COUNT(S) 1-5 *: ☒ INDICTMENT ☐ INFORMATION
CBOP CT. each ; 1 day MOS.; 1 YRS. S/R; $ 100 CA; $ 2,972.34 REST.; $ --- FINE.
CT. ___ ; ___ MOS.; ___ YRS. S/R; $ ___ CA; $ ___ REST.; $ ___ FINE.
☐ VOLUNTARY SURRENDER: _____ between _____ and _____ ;
☐ RELEASE CONDITIONS CONTINUED.
☐ DETAINED.

**ACTIONS:**
☒ PLEA AGREEMENT ACCEPTED
☒ DEFENDANT ADVISED OF RIGHT TO ALLOCUTE (OPPORTUNITY TO SPEAK)
☒ DEFENDANT ADVISED OF RIGHT TO APPEAL
☒ GOVERNMENT MOTION TO DISMISS REMAINING COUNTS GRANTED
☐ REVOKED

**NOTES:**
1 day (deemed served) CBOP, 1 year S/R (per count, concurrent); first 3 months to be spent at Rock Valley Community Program
$500 C/A (paid); $2,972.34 restitution (joint and several with co-defendant, paid)

TOTAL COURT TIME: 43 min.